**David MURRAY, Plaintiff–Appellant,**

v.

**HARTFORD LIFE & ACCIDENT IN-SURANCE COMPANY, a foreign corporation, Defendant–Appellee.**

No. 09–13488.

United States Court of Appeals,
Eleventh Circuit.

Jan. 29, 2010.

William S. Coffman, Coffman Law, Tampa, FL, for Plaintiff–Appellant.

Jerel C. Dawson, Stephen Trivett Maher, Shutts & Bowen LLP, Miami, FL, for Defendant–Appellee.

Before BARKETT, PRYOR and FAY, Circuit Judges.

PER CURIAM:

Appellant, David Murray, worked as an assistant manager for Publix Super Markets, Inc. While changing a light bulb in his home, he fell from a step ladder and suffered serious injuries to his back, legs and feet. He was paid short term disability payments under an insurance plan with Hartford Life & Accident Insurance Company, which is controlled by ERISA. His claim for long term disability benefits was denied and he filed suit. The district court granted summary judgment in favor of Hartford and this appeal follows.

We have studied the briefs, reviewed the record and received oral argument. Finding no merit in the contentions being made and that the record supports the ruling of the district court, we affirm.

AFFIRMED.